UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAGDALENA RAMAMURTHY,
Plaintiff,

V.

Case No: 6:14-cv-427-Orl-18KRS

STATE OF FLORIDA SUPREME
COURT, ET AL.,

Defendants.

## ORDER

This case was referred to United States Magistrate Judge Karla R. Spaulding for a report and recommendation on Plaintiff Magdalena Ramamurthy's Motion for Leave to Proceed in Forma Pauperis (Doc. 9). The Court having reviewed the Report and Recommendation (Doc. 15), and there being no objections filed to the Report and Recommendation (Doc. 15), it is hereby

**ORDERED** that the Report and Recommendation (Doc. 15) is hereby **APPROVED** and **ADOPTED**. Plaintiff Magdalena Ramamurthy's Motion (Doc. 9) is **DENIED**, and this case is **DISMISSED without prejudice**. Plaintiff has **leave to file a second amended complaint within fourteen (14) days** from the entry of this order. The Clerk of the Court is directed to **CLOSE** this case if Plaintiff fails to file a second amended complaint within the fourteen day period permitted by the Court.

**DONE AND ORDERED** at Orlando, Florida, this _30_ day of July, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Unrepresented Party